No. 23-3392

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

ILIA KOLOMINSKY; BRYAN ANDERSON,

*Plaintiffs*,

– and –

PLUMBERS LOCAL 290 PENSION TRUST FUND, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,

*Plaintiff-Appellant*

vs.

ROOT, INC.; ALEXANDER TIMM; DANIEL ROSENTHAL; MEGAN BINKLEY; CHRISTOPHER OLSEN; DOUG ULMAN; ELLIOT GEIDT; JERRI DEVARD; LARRY HILSHEIMER; LUIS VON AHN; NANCY KRAMER; NICK SHALEK; SCOTT MAW; BARCLAYS CAPITAL INC.; GOLDMAN SACHS & COMPANY, LLC; MORGAN STANLEY & COMPANY, LLC; WELLS FARGO SECURITIES, LLC,

*Defendants-Appellees*.

Appeal from the United States District Court
for the Southern District of Ohio
No. 2:21-cv-01197-MHW-CMV
The Honorable Michael H. Watson

MOTION FOR EXTENSION OF TIME TO FILE OPENING BRIEF

ROBBINS GELLER RUDMAN
 & DOWD LLP
STEVEN F. HUBACHEK
JONAH H. GOLDSTEIN
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

ROBBINS GELLER RUDMAN
 & DOWD LLP
MICHAEL G. CAPECI
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)

*Attorneys for Plaintiff-Appellant*

4892-2657-6483.v1

Pursuant to Fed. R. App. P. 26(b) and 27, and 6 Cir. R. 26(a)(1), Plaintiff-Appellant Plumbers Local 290 Pension Trust Fund, individually and on behalf of all others similarly situated, hereby respectfully moves for an extension of time of 30 days to file Plaintiff-Appellant's Opening Brief.  The Opening Brief is currently scheduled to be filed on June 12, 2023.  A 30-day extension would make the Opening Brief due on July 12, 2023.  There have been no previous motions for an extension of time, and counsel will file the brief within the time requested.  The Motion is unopposed.

Plaintiff-Appellant presents this Motion because circumstances make it impossible for the attorney primarily responsible for preparing and filing the Opening Brief, Steven F. Hubachek, to complete an adequate brief by June 12, 2023. The Motion is based on the following circumstances:

1.  The appeal involves a factually complex securities-fraud action, which is more challenging than the typical appellate brief.  Undersigned counsel did not appear in the district court litigation, and thus will need to devote a significant amount of time (in addition to his other appellate duties, noted *infra*) to familiarizing himself with the record, issues on appeal, and relevant precedents.

2.  Undersigned counsel has primary responsibility for several other appellate matters that impact his ability to fully devote his time to the present matter.

Mr. Hubachek is responsible for drafting the Appellee's brief in *Alon USA Energy, Inc. v. Persian Gulf Inc.*, Ninth Circuit Case No. 22-56016, an extremely complex anti-trust matter. The Appellee's brief is due on June 2, 2023, only ten days before the opening brief in the instant case.

3. Additionally, Mr. Hubachek is also currently responsible for drafting the reply brief in *In re Cognizant Tech. Sols. Corp. Derivative Litig.*, Third Circuit Case No. 22-3027, which is due on May 31, 2023.

4. Thus, Mr. Hubachek is required to file two major briefs within the 12 days preceding the June 12, 2023 due date in the instant case.

5. Counsel for Defendants-Appellees were notified of this Motion via email on May 4, 2023, and Defendants-Appellees stated that they do not oppose this Motion.

For the foregoing reasons, Plaintiff-Appellant respectfully requests that this Court enter an order extending the due date for filing the Opening Brief to July 12, 2023.

DATED: May 19, 2023            ROBBINS GELLER RUDMAN
                                                   & DOWD LLP
                                                  STEVEN F. HUBACHEK
                                                  JONAH H. GOLDSTEIN

                                                        *s/Steven F. Hubachek*
                                                    STEVEN F. HUBACHEK

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
shubachek@rgrdlaw.com
jonahg@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
MICHAEL G. CAPECI
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)
mcapeci@rgrdlaw.com

MURRAY MURPHY MOUL + BASIL LLP
JOSEPH F. MURRAY
1114 Dublin Road
Columbus, OH 43215
Telephone:  614/488-0400
614/488-0401 (fax)
murray@mmmb.com

*Attorneys for Plaintiff-Appellant*

- 3 -

# DECLARATION OF SERVICE

I, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, a citizen of the United States and employed in the City and County of San Diego, over the age of 18 years, and not a party to or interested party in the within action; that declarant's business address is 655 West Broadway, Suite 1900, San Diego, California 92101.

2. I hereby certify that on May 19, 2023, I electronically filed the foregoing document: MOTION FOR EXTENSION OF TIME TO FILE OPENING BRIEF with the Clerk of the Court for the United States Court of Appeals for the Sixth Circuit by using the appellate CM/ECF system.

3. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 19, 2023, at San Diego, California.

*s/Steven F. Hubachek*
STEVEN F. HUBACHEK