IN THE UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | |
|---|---|
| ILIA KOLOMINSKY, et al.,<br><br>Plaintiff-Appellants,<br><br>v.<br><br>ROOT, INC., et al.,<br><br>Defendant-Appellees. | No. 23-3392 |

**DEFENDANT-APPELLEES' UNOPPOSED MOTION FOR
EXTENSION OF TIME TO FILE RESPONSE BRIEF**

Pursuant to Federal Rules of Appellate Procedure 26(b) and 27 and Sixth Circuit Rule 26(a)(1), Defendant-Appellees Root, Inc.; Alexander Timm; Daniel Rosenthal; Megan Binkley; Christopher Olsen; Doug Ulman; Elliot Geidt; Jerri DeVard; Larry Hilsheimer; Luis von Ahn; Nancy Kramer; Nick Shalek; Scott Maw; Goldman Sachs & Co. LLC; Morgan Stanley & Co. LLC; Barclays Capital Inc. and Wells Fargo Securities, LLC (collectively, Defendant-Appellees) respectfully request a 30-day extension of time to file their response brief in the above-captioned matter to September 11, 2023. Plaintiff-Appellants do not oppose this motion. Defendant-Appellees have not previously sought an extension in this case.

1. On May 19, 2023, Plaintiff-Appellants sought and were granted a 30-day extension of time to submit their opening brief in this case.

2. Pursuant to the Court's briefing letter of May 19, 2023, Defendant-Appellees' brief is currently due on August 11, 2023.

3. Defendant-Appellees respectfully request a 30-day extension of time, to September 11, 2023, in which to file its response brief.

4. The requested deadline is necessary due to other deadlines faced by Defendant-Appellees' counsel in other matters and in light of Plaintiff-Appellants' having received a 30-day extension for their opening brief, which totals 70 pages in length.

5. Defendant-Appellees have not previously sought an extension in this case.

6. Counsel for Defendant-Appellees notified Plaintiff-Appellants by email of this motion on July 11, 2023, and counsel for Plaintiff-Appellants responded that they do not oppose this motion.

For the foregoing reasons, Defendant-Appellees respectfully request that this Court enter an order extending the due date for their response brief to September 11, 2023.

DATED:  July 18, 2023

| | |
|---|---|
| */s/ J. Wesley Earnhardt* | */s/ Sharon L. Nelles* |
| | |
| William D. Kloss, Jr. (0040854)<br>**VORYS, SATER, SEYMOUR AND PEASE LLP**<br>52 East Gay Street<br>Columbus, Ohio 43215-1008<br>Tel: (614) 464-6360<br>wdklossjr@vorys.com | Gregory A. Harrison, Trial Attorney (0029814)<br>Kelly E. Pitcher (0093678)<br>**DINSMORE & SHOHL LLP**<br>255 East Fifth Street, Suite 1900<br>Cincinnati, OH 45202<br>Tel: (513) 977-8200<br>greg.harrison@dinsmore.com<br>kelly.pitcher@dinsmore.com |
| J. Wesley Earnhardt (pro hac vice)<br>**CRAVATH, SWAINE & MOORE LLP**<br>825 Eighth Avenue<br>New York, NY 10019<br>Tel: (212) 474-1138<br>wearnhardt@cravath.com | Sharon L. Nelles (pro hac vice)<br>Andrew J. Finn (pro hac vice)<br>**SULLIVAN & CROMWELL LLP**<br>125 Broad Street<br>New York, NY 10004<br>Tel:  (212) 558-4000<br>nelless@sullcrom.com<br>finna@sullcrom.com |
| *Attorneys for Defendant-Appellees Root, Inc., Alexander Timm, Daniel Rosenthal, Megan Binkley, Christopher Olsen, Doug Ulman, Elliot Geidt, Jerri DeVard, Larry Hilsheimer, Luis von Ahn, Nancy Kramer, Nick Shalek and Scott Maw* | *Attorneys for Defendant-Appellees Goldman Sachs & Co. LLC, Morgan Stanley & Co. LLC, Barclays Capital Inc. and Wells Fargo Securities, LLC* |